# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA LENORA ROBLES, | ) Case No. CV 11-10463 FMO(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DEBORAH K. JOHNSON, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 24, 2015

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE